UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

__KAdeeM DeAN__ Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR- ( )( ) 20 MAg.12052

Defendant __KAdeem DeAN__ hereby voluntarily consents to participate in the following proceeding via _✓_ videoconferencing or _✓_ teleconferencing:

_✓_ Initial Appearance Before a Judicial Officer

_✓_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_✓_ Bail/Detention Hearing

_✓_ Conference Before a Judicial Officer

/s authorized electronic signature
_____
**Defendant's Signature**
(Judge may obtain verbal consent on Record and Sign for Defendant)

__KAdeem DeAN__
**Print Defendant's Name**

_____
**Defendant's Counsel's Signature**

__Robert Beecher__
**Print Counsel's Name**

This proceeding was conducted by reliable video or telephone conferencing technology.

12/10/2020
_____
**Date**

_____
**U.S. District Judge/U.S. Magistrate Judge**