UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES

                *Plaintiff*

        -against-

KADEEM DEAN,

               *Defendant*.
-------------------------------------------------------------x

Case No. 20 Mag. 12052

CONSENT ORDER

       Upon the application of Robert M. Beecher, Esq., attorney for the defendant Kadeem Dean and the United States by Assistant United States Attorney Sarah Kushner applying for an Order seeking to modify Conditions of Release relating to Kadeem Dean, it is hereby

       ORDERED, Kadeem Dean shall maintain his residence with Channon Davis, 33 University Place Blvd. Jersey City, NJ 07305. And it is further ORDERED that Mr. Dean's travel shall be restricted to the Southern and Eastern District of New York and Hudson County, New Jersey.

DATED: Dec. 21, 2020

New York, NY

                                                    ENTER:

                                               Barbara Moses,
                                     United States Magistrate Judge