```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :   20 Mag. 12052-1
                                      :
     -against-                        :   ORDER
                                      :
Kadeem Dean                           :
                                      :
          Defendant                   :
                                      :
--------------------------------------X
```

KEVIN N. FOX, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to include travel to the District of New Jersey.

    Dated: New York, New York
           January 7, 2021

                                          SO ORDERED:

                                          *Kevin Nathaniel Fox* (signature)

                                          _____
                                          KEVIN N. FOX
                                          U.S. Magistrate Judge